1  MICHAEL L. SCOTT (State Bar No. 165452)
   JEANE M. HAMILTON (State Bar No. 157834)
2  SIDNEY A. MAJALYA (State Bar No. 205047)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 436-6660

6  Attorneys for the United States

**FILED**

JUN 24 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No. 05-00314 MJJ |
|---|---|
| v. | ) STIPULATION |
| WOLFGANG KOCH, | ) |
| Defendant. | ) |

1.   Defendant Wolfgang Koch agrees to use the services of Beat Rettenmund for purposes of translating and interpreting the change of plea and sentencing proceeding before this court from English into German.

2.   Beat Rettenmund has over 10 years experience as a translator and interpreter, including variuos legal proceedings before the United States District Court for the Northern District of California.

3.   Defendant Wolfgang Koch is prepared to move forward today having had the plea

STIPULATION -- 1

1 | agreement he has entered into translated into German in January of 2005 and having discussed the
2 | plea agreement with his German attorney and his counsel of record DeMaurice F. Smith. Mr.
3 | Koch's interpreter Beat Rettenmund has reviewed both the Application for Permission to Plead
4 | Guilty and Mr. Koch's plea agreement with him. Mr. Koch has indicated in both German and
5 | English that he fully understands the application and plea agreement and understands the
6 | ramifications of entering a plea of guilty

8 | 4.    Mr. Koch hereby waives any and all appellate rights he has relating to or resulting from
9 | any irregularities associated with the translation and interpretation services of Beat Rettenmund.

11 | DATED: June 24, 2005                              It is so stipulated,

13 | BY: _____                       BY: _____
    | Wolfgang Koch                                        Michael L. Scott
14 | Defendant                                            Jeane M. Hamilton
    |                                                     Sidney A. Majalya
15 |                                                     Trial Attorneys
    |                                                     U.S. Department of Justice
16 |                                                     Antitrust Division
    |                                                     450 Golden Gate Avenue
17 | _____                             10th Floor
    | DeMaurice F. Smith                                  San Francisco, CA 94102
    | Counsel for Wolfgang Koch
18 | Latham & Watkins                                    Tel: (41) 436-6660
    | 555 Eleventh Street, NW
19 | Suite 1000
    | Washington, DC 20004-1304
20 | Tel: (202) 637-2218

22 | **ORDER**

23 |     Upon stipulation of the parties, and good cause appearing therefore, IT IS HEREBY
    | ORDERED that Defendant Wolfgang Koch may use the interpretation and translation services of
24 | Beat Rettenmund for proceeding before this court as stipulated to by the parties.

25 | DATED: June 23, 2005

27 |                                                   _____
    |                                                   MARTIN J. JENKINS
28 |                                                   United States District Judge

STIPULATION -- 2