UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States | |
|---|---|
| Plaintiff(s), | CASE NO. CR 05-00314 ~~CRB~~ MJJ |
| v. | (~~Proposed~~) |
| Wolfgang Koch | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendant(s). | |

DeMaurice Smith _____, an active member in good standing of the bar of Maryland and D.C._____, whose business address and telephone number is 555 11th Street NW, Suite 1000, Washington, DC, 20004, 202.637.1045 _____

_____,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wolfgang Koch _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 27, 2005

_____
United States District/Magistrate Judge