E-filing

**FILED**

JUL 2 0 2005

UNITED STATES DISTRICT COURT
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br><br>            Plaintiff(s),<br><br>        v.<br>Wolfgang Koch<br><br>            Defendant(s). | CASE NO.  CR 05-00314 MJJ ~~CRB~~<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

DeMaurice Smith _____, an active member in good standing of the bar of

Maryland and D.C. _____, whose business address and telephone number is 555 11th Street

NW, Suite 1000, Washington, DC, 20004, 202.637.1045 _____

_____,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Wolfgang Koch _____,

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 20 July 2005

_____
United States District/Magistrate Judge